Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*
*Admitted Pro Hac Vice*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEBRASKA

| | |
|---|---|
| APRIL BLACKBOURN, an individual<br><br>Plaintiff,<br><br>v.<br><br>CHI NEBRASKA, a Nebraska non-profit corporation, d/b/a CHI HEALTH;<br><br>Defendant. | Case No.: 8:19-cv-00352<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Now Comes Plaintiff APRIL BLACKBOURN, in her individual capacity, and Defendant CHI NEBRASKA, who, by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby jointly stipulate to the dismissal of all claims against Defendant with prejudice, with each side bearing its own costs and attorney's fees.

Dated: May 5, 2020

Respectfully submitted,

1

73433272.1

By: /s/ Mark L. Javitch
Mark L. Javitch (CA SBN 323729)
Javitch Law Office
480 S. Ellsworth Ave.
San Mateo, CA 94401
Telephone: 650-781-8000
Facsimile: 650-648-0705
mark@javitchlawoffice.com
*Attorney for Plaintiff*

By: /s/ Britteny D. Pfleger
Denise K. Drake (ne # 22132)
Mark A. Olthoff (*pro hac vice*)
Britteny D. Pfleger (*pro hac vice*)
900 W. 48th Place, Ste. 900
Kansas City, MO 64112
(816) 753-1000
Fax:  (816) 753-1536
ddrake@polsinelli.com
molthoff@polsinelli.com
bpfleger@polsinelli.com
*Attorney for Defendant*